**United States District Court**
For the Northern District of California

1
2
3
4
5  UNITED STATES DISTRICT COURT

6  NORTHERN DISTRICT OF CALIFORNIA

7

8  DARSHAN SINGH,                              No. C 07-04824 MHP

9            Plaintiff(s),                     **CLERK'S NOTICE**
                                               **(Rescheduling Case Management Conference)**
10     v.

11  EMILIO T. GONZALES et al,

12            Defendant(s).
   _____/

13

14

15       Due to the unavailability of court, the case management conference in this matter currently

16  set for December 24, 2007, is hereby rescheduled to **January 10, 2008, at 3:00 p.m.**  The Joint Case

17  Management Statement is due ten days prior to the conference.  Plaintiff shall serve this notice on all

18  defendants NOT appearing on the service list.

19

20                                             Richard W. Wieking
                                               Clerk, U.S. District Court
21

22

23  Dated:  December 5, 2007                   Anthony Bowser, Deputy Clerk to the
                                               Honorable Marilyn Hall Patel
24                                                   (415) 522-3140

25

26

27

28