DAVID J. KAUFMAN, ESQ. (California State Bar No. 104576)
KAUFMAN & KAUFMAN
220 Montgomery Street, Suite 966
San Francisco, CA 94104
Telephone: (415) 956-7770
Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darshan SINGH ) | **Case No. C 07 4824 MHP** |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE OF ORDER |
| Emilio Gonzalez, Director, US Citizenship ) | |
| and Immigration Service (USCIS); and ) | |
| Emilia Bardini, Director, San Francisco ) | |
| Asylum Office, USCIS ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

The undersigned hereby certifies that he is an employee of the Kaufman & Kaufman and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this date the undersigned caused a copy of the following documents to be served upon respondents: COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTION, SUMMNONS IN A CIVIL CASE, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISTICTION AND ADR DISPUTE RESOLUTION PROCEDURES.

The undersigned caused the afore-described documents to be served by the placing copies in a sealed envelope, postage prepaid, in the United States Mail at San Francisco, California, addressed to:

Emilio T. Gonzalez, Director
U.S. Citizenship & Immigration Service
20 Massachusetts Ave., N.W.
Washington, DC 20529

//

1   Emilia Bardini, Director
    San Francisco Asylum Office (USCIS)
2   PO BOX 77530
    San Francisco, CA 94107

3

4   Edward Olsen, Assistant United States Attorney
    450 Golden Gate Avenue, 10th Floor.
5   San Francisco, CA 94102

6           I declare under penalty of perjury that the foregoing is true and correct and that

7   this was executed on January 11, 2008 at San Francisco, California.

8

9                                                   /s/ Oscar Cubas

10                                          _____
                                            OSCAR CUBAS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28