## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: January 14, 2008

Case No.   C 07-4824  MHP           Judge: MARILYN H. PATEL

Title: DARSHAN SINGH -v- EMILIO T. GONZALES et al

Attorneys:  Plf: David Kaufman
            Dft: Ed Olsen

Deputy Clerk:  Anthony Bowser   Court Reporter: Margo Gurule

## PROCEEDINGS

1)   Case Management Conference

2)

3)


## ORDERED AFTER HEARING:

Answer to be filed by 2/14/2008; Further status conference set for 3/17/2008 at 3:00 pm, with a joint status report to be filed one week prior.