JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARSHAN SINGH, | ) |
| | ) No. C 07-4824 MHP |
| Plaintiff, | ) |
| | ) |
| v. | ) **ANSWER** |
| | ) |
| EMILIO T. GONZALEZ, Director, | ) |
| U.S. Citizenship and Immigration Services; | ) |
| EMILIA BARDINI, Director, | ) |
| San Francisco Asylum Office, USCIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

   The Defendants hereby submit their answer to Plaintiff's Complaint for Declaratory Judgment and Injunction.

   1.  Paragraph One consists of Plaintiff's allegations regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph One.

   2.  Defendants admit the allegations in Paragraph Two.

   3.  Defendants admit the allegations in Paragraph Three.

   4.  Defendants lack sufficient information to admit or deny the allegations in Paragraph Four, and on that basis, deny them.

5.  Defendants lack sufficient information to admit or deny the allegations in allegations in Paragraph Five, and on that basis, deny them.

6.  Defendants lack sufficient information to admit or deny the allegations in Paragraph Six, and on that basis, deny them.

7.  Defendants lack sufficient information to admit or deny the allegations in Paragraph Seven, and on that basis, deny them.

8.  Defendants lack sufficient information to admit or deny the allegations in Paragraph Eight, and on that basis, deny them.

9.  Defendants deny the allegations in Paragraph Nine.

10.  Paragraph Ten consists of Plaintiff's conclusions of law for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

11.  Paragraph Eleven consists of plaintiff's conclusions of law for which no answer is required; however, to the extent that such allegations are deemed to require an answer, defendants deny the allegations contained in this paragraph.

The remaining paragraphs consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny these paragraphs.

### FIRST AFFIRMATIVE DEFENSE

____Plaintiff's complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The court should dismiss the Complaint for lack for subject matter jurisdiction.

### THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

ANSWER
C 07-4824 MHP                    2

**FIFTH AFFIRMATIVE DEFENSE**

Defendants are processing the application referred to in the Complaint to the extent possible at this time.  Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: February 14, 2008                              Respectfully submitted,

                                                      JOSEPH P. RUSSONIELLO
                                                      United States Attorney


                                                      _____/s/_____
                                                      EDWARD A. OLSEN
                                                      Assistant United States Attorney
                                                      Attorneys for Defendants