JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARSHAN SINGH, | ) |
| | ) No. C 07-4824 MHP |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) **[PROPOSED] ORDER** |
| EMILIO T. GONZALEZ, Director, | ) |
| U.S. Citizenship and Immigration Services; | ) |
| EMILIA BARDINI, Director, | ) |
| San Francisco Asylum Office, USCIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

of the adjudication of Plaintiff's asylum application.

///

///

///

///

Stipulation to Dismiss
C 07-4824 MHP           1

1    Each of the parties shall bear their own costs and fees.

2    Dated: March 13, 2008                         Respectfully submitted,

3                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
4

5                                                  _____/s/_____
                                                   EDWARD A. OLSEN[1]
6                                                  Assistant United States Attorney
                                                   Attorneys for Defendants
7

8

9    Dated: March 13, 2008                         _____/s/_____
                                                   DAVID J. KAUFMAN
10                                                 Attorney for Plaintiff

11
                                     **ORDER**
12

13    Pursuant to stipulation, IT IS SO ORDERED.

14

15   Dated:                                        _____
                                                   MARILYN HALL PATEL
16                                                 United States District Judge

17

18

19

20

21

22

23

24

25

26   _____

27       [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/S/) within this efiled document.
28

Stipulation to Dismiss
C 07-4824 MHP                        2