1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 DARSHAN SINGH,                          )
                                           )  No. C 07-4824 MHP
13            Plaintiff,                   )
                                           )
14            v.                           )  **STIPULATION TO DISMISS; AND**
                                           )  **[PROPOSED] ORDER**
15 EMILIO T. GONZALEZ, Director,           )
   U.S. Citizenship and Immigration Services; )
16 EMILIA BARDINI, Director,               )
   San Francisco Asylum Office, USCIS,     )
17                                         )
              Defendants.                  )
18 _____ )

19     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

20 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

21 of the adjudication of Plaintiff's asylum application.

22 ///

23 ///

24 ///

25 ///

Stipulation to Dismiss
C 07-4824 MHP                         1

1  Each of the parties shall bear their own costs and fees.

2  Dated: March 13, 2008                    Respectfully submitted,

3                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney

5                                                   /s/
                                            ─────────────────────────
                                            EDWARD A. OLSEN[1]
6                                           Assistant United States Attorney
                                            Attorneys for Defendants

9  Dated: March 13, 2008                            /s/
                                            ─────────────────────────
                                            DAVID J. KAUFMAN
10                                          Attorney for Plaintiff

**ORDER**

13  Pursuant to stipulation, IT IS SO ORDERED.

15  Dated:  3/18/2008
                                            ─────────────────────────
                                            MARILYN H. PATEL
                                            United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

─────────────────────────

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C 07-4824 MHP                               2